RUFUS BURD, PLAINTIFF-APPELLANT, v. PUBLIC SER-
VICE ELECTRIC AND GAS COMPANY, DEFENDANT-
RESPONDENT.

Submitted May 27, 1932—Decided October 17, 1932.

For the plaintiff-appellant, *Richard J. Mackey.*

For the defendant-respondent, *Henry H. Fryling (William
H. Speer* and *Carl T. Freggens,* of counsel).

The opinion of the court was delivered by .

BODINE, J. Plaintiff was nonsuited in an action tried at
the Circuit, because there was no proof of negligence. The
judgment was proper. The defendant controlled a high
tension transmission cable buried below the sidewalk under
Military Park, Newark. The cable was covered with paper,
insulated rubber jute and lead, and was encased in a concrete
duct four feet in the ground. The cable was installed twenty-
seven years ago in a suitable manner pursuant to legislative
and municipal sanction.

On the day of the accident, an employe of the Public
Service Railway Company was digging a hole with a long
crowbar in the vicinity of the defendant's cable. Apparently
the crowbar came in contact with the defendant's high ten-
sion line causing considerable electrical disturbance. The
plaintiff was instructed by his boss to keep passersby from
the point of danger. In so doing he suffered injuries for
which he sought recovery. Plaintiff obtained compensation
from his employer, the Public Service Railway Company.
The proofs indicate nothing more than that the defendant's

line, properly installed, had been broken almost immediately before the accident by the negligence of an employe of another company.

It is needless to cite authorities to show that the ruling of the trial judge was proper. The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.